IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE SAFFOLD, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv1023-MHT |
| | ) | (WO) |
| ALLSTATE INDEMNITY | ) | |
| COMPANY, | ) | |
| | ) | |
|    Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Allstate Indemnity Company's motion for summary judgment (doc. no. 15) is granted.

(2) Judgment is entered in favor of defendant Allstate Indemnity Company and against plaintiff Willie Saffold, with plaintiff Saffold taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Saffold, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of October, 2009.

                                        /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE